United States Court of Appeals

For the Eighth Circuit

_____

No. 25-2941

_____

United States of America

*Plaintiff - Appellee*

v.

Jervonz L. Williams

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: June 30, 2026
Filed: July 7, 2026
[Unpublished]

_____

Before LAVENSKI R. SMITH, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

Jervonz Williams appeals the sentence imposed by the district court[1] after he pleaded guilty, pursuant to a written plea agreement containing an appeal waiver, to

_____

[1]The Honorable Matthew T. Schelp, United States District Judge for the Eastern District of Missouri.

attempted kidnapping, Hobbs Act robbery, and a firearm offense.  His counsel has moved for leave to withdraw, and has filed a brief under Anders v. California, 386 U.S. 738 (1967), challenging a condition of supervised release and arguing that the sentence is substantively unreasonable.

Upon careful review, we conclude the appeal waiver is enforceable and applicable to the issues raised in this appeal.  See United States v. Scott, 627 F.3d 702, 704 (8th Cir. 2010) (standard of review); United States v. Andis, 333 F.3d 886, 889-92 (8th Cir. 2003) (en banc) (appeal waiver will be enforced if appeal falls within scope of waiver, defendant knowingly and voluntarily entered into plea agreement and waiver, and enforcing waiver would not result in miscarriage of justice).  We have also independently reviewed the record under Penson v. Ohio, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal falling outside the scope of the appeal waiver.  Accordingly, we grant counsel's motion to withdraw and dismiss the appeal.

_____